IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATED OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | |
| | : | |
| THOMAS BEAULIEU | : | NO. 06-394-02 |

### MEMORANDUM

**ROBERT F. KELLY, Sr. J.**                                                                                          **MARCH 9, 2009**

  Defendant Thomas Beaulieu has requested that his probationary sentence, which is scheduled to end June 12, 2009, be terminated early in order that he be made eligible to participate in either a foster or adoptive parent program.

  After receiving this request, contact was made with the Supervising Probation Offices in both the Eastern District of Pennsylvania and in California.  It appears that Mr. Beaulieu has been in compliance during his period of probation and has satisfied the special conditions including paying his fine in full and performing 100 hours of community service.

  The United States Attorney's Office for the Eastern District of Pennsylvania was also requested to comment, and we note their opposition to early termination.

  After considering all of the above we hereby enter the following Order.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATED OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | |
| | : | |
| THOMAS BEAULIEU | : | NO. 06-394-02 |

## **O R D E R**

**AND NOW,** this   9th   day of March, 2009, it is hereby **ORDERED AND DECREED** that the Probationary Sentence entered in the above-captioned matter shall terminate as of the date of this Order.

BY  THE  COURT:


/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE